Submitted on record and briefs July 25, remanded with instructions to vacate judgment and dismiss petition October 2, 1991

In the Matter of
the Application of Gary Wayne Hirsch for
a Writ of Habeas Corpus for and on behalf of

Katherine H. MENDONCA,
*Appellant,*

*v.*

William ARNADO,
*Respondent.*

(90-CV-0067; CA A64696)

817 P2d 297

Don W. Leach, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Carol J. Fredrick, Assistant Attorney General, Salem, filed the brief for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Petitioner was confined in the Josephine County jail. She filed a petition for *habeas corpus.* Pursuant to a federal order, she was released on March 26, 1990. The *habeas corpus* court was not informed of her release and denied her petition on March 29, 1990. The petition was moot when it was denied.

Remanded with instructions to vacate the judgment and dismiss the petition.